IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
5:10-MJ-1748-WW-1

| | |
|---|---|
| IN RE SEARCH WARRANT FOR: ) | |
| ) | **ORDER TO UNSEAL** |
| ) | |
| 1100 Stoddard Road, ) | |
| Wilson, North Carolina ) | |

This case comes before the court on the motion (D.E. 5) by the government to unseal the application and affidavit for search warrant (D.E. 1). The government represents that the search warrant issued (D.E. 4) in this matter has been executed (D.E. 6) and, therefore, the reasons advanced by the government in the original motion to seal are now moot.

Having duly considered the motion, and for good cause shown, the court hereby GRANTS the motion. The Clerk shall unseal the application and affidavit for search warrant (D.E. 1).

SO ORDERED, this the 9th day of February 2012.

_____
James E. Gates
United States Magistrate Judge